LOCAL FORM 2
PAY ADVICE COVER SHEET

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

In re: )
   **April Lanette King**   , )
   , ) Case No. _____
   ) Chapter **7**
Debtor.. )

## PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☐ Pay advices are attached as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| Dr. Bowers | 07/09/2014 | 09/08/2014 |
| Shawnee Dental | 07/09/2014 | 09/08/2014 |
| | | |
| | | |
| | | |

☐ The debtor certifies by his/her signature below that he/she has no pay records because: _____

Dated on __**September 8, 2014**__ .

      **/s/ April Lanette King**
      **April Lanette King**
      (Debtor Signature)
      ☐ Pro se Debtor
      ☒ Represented by Counsel

      **/s/ James E. Palinkas**
      (Attorney Signature)
      **James E. Palinkas 15037**
      **228 N. Broadway**
      **Shawnee, OK 74801**

      **(405) 275-0216**
      **(405) 275-0286**
      **jim@jepalinkas.com**