**PAYROLL**

(1) 355.00
(1/2) 177.50

(Cell) (C) 826-6421

NAME: April Lannette King  DOB 4/8/77  (POB) (C) 548-6111  SOC. SEC. NO. 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
ADDRESS: {934 N. Louisa} {13 Ueca Lane} Shawnee, Oklahoma 74801  TEL (C) 921-8384  NO. OF EXEMPTIONS: 2 Single
(Landy)(Letha) Heath  (H) 275-7835

| DATE 2014 | GROSS PAY | FICA | INC TAX | State | Medicare | NET PAY | DATE 2014 | GROSS PAY | FICA | INC TAX | State | Medicare | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) JAN 6 | 355.00 | 22.01 | 16.00 | 6.00 | 5.15 | 305.84 | JULY (0) 7 | — | — | — | — | — | — |
| (1/2) 13 | 177.50 | 11.01 | 0.00 | 0.00 | 2.57 | 163.92 | (1) 14 | 355.00 | 22.01 | 16.00 | 6.00 | 5.15 | 305.84 |
| (1) 20 | 355.00 | 22.01 | 16.00 | 6.00 | 5.15 | 305.84 | (1/2) 21 | 177.50 | 11.01 | 0.00 | 0.00 | 2.57 | 163.92 |
| (1) 27 | 355.00 | 22.01 | 16.00 | 6.00 | 5.15 | 305.84 | (0) 28 | — | — | — | — | — | — |
| TOTAL JANUARY | 1242.50 | 77.04 | 48.00 | 18.00 | 18.02 | 1081.44 | TOTAL JULY | 532.50 | 33.02 | 16.00 | 6.00 | 7.72 | 469.76 |
| (1/2) FEB 3 | 177.50 | 11.01 | 0.00 | 0.00 | 2.57 | 163.92 | (1/2) AUG 4 | 177.50 | 11.01 | 0.00 | 0.00 | 2.57 | 163.92 |
| (1 1/2) 10 | 532.50 | 33.02 | 42.00 | 17.63 | 7.72 | 432.13 | (1) 11 | 355.00 | 22.01 | 16.00 | 6.00 | 5.15 | 305.84 |
| (2) 17 | 710.00 | 44.02 | 69.00 | 26.95 | 10.30 | 559.73 | (2) 18 | 710.00 | 44.02 | 69.00 | 26.95 | 10.30 | 559.73 |
| (4) 24 | 1420.00 | 88.04 | 264.50 | 64.22 | 20.59 | 982.65 | (0) 25 | — | — | — | — | — | — |
| TOTAL FEBRUARY | 2840.00 | 176.09 | 375.50 | 108.80 | 41.18 | 2138.43 | TOTAL AUGUST | 1242.50 | 77.04 | 85.00 | 32.95 | 18.02 | 1029.49 |
| (1/2) MARCH 3 | 177.50 | 11.01 | 0.00 | 0.00 | 2.57 | 163.92 | (1 1/2) SEPT 1 | 532.50 | 33.02 | 42.00 | 17.63 | 7.72 | 432.13 |
| (1) 10 | 355.00 | 22.01 | 16.00 | 6.00 | 5.15 | 305.84 | 8 | | | | | | |
| (1/2) 17 | 177.50 | 11.01 | 0.00 | 0.00 | 2.57 | 163.92 | 15 | | | | | | |
| (1) 24 | 355.00 | 22.01 | 16.00 | 6.00 | 5.15 | 305.84 | 22 | | | | | | |
| (1/2) 31 | 177.50 | 11.01 | 0.00 | 0.00 | 2.57 | 163.92 | 29 | | | | | | |
| TOTAL MARCH | 1242.50 | 77.05 | 32.00 | 12.00 | 18.01 | 1103.84 | TOTAL SEP | | | | | | |
| TOTAL 1ST QTR | 5325.00 | 330.18 | 455.50 | 138.80 | 77.21 | 4323.71 | TOTAL 3RD QTR | | | | | | |
| (1 1/2) APRIL 7 | 532.50 | 33.02 | 42.00 | 17.63 | 7.72 | 432.13 | OCT | | | | | | |
| (0) 14 | — | — | — | — | — | — | | | | | | | |
| (1/2) 21 | 177.50 | 11.01 | 0.00 | 0.00 | 2.57 | 163.92 | | | | | | | |
| (1/2) 28 | 177.50 | 11.01 | 0.00 | 0.00 | 2.57 | 163.92 | | | | | | | |
| TOTAL APRIL | 887.50 | 55.04 | 42.00 | 17.63 | 12.86 | 759.97 | TOTAL OCTOBER | | | | | | |
| (1 1/2) MAY 5 | 532.50 | 33.02 | 42.00 | 17.63 | 7.72 | 432.13 | NOV | | | | | | |
| (0) 12 | — | — | — | — | — | — | | | | | | | |
| (1/2) 19 | 177.50 | 11.01 | 0.00 | 0.00 | 2.57 | 163.92 | | | | | | | |
| (0) 26 | — | — | — | — | — | — | | | | | | | |
| TOTAL MAY | 710.00 | 44.03 | 42.00 | 17.63 | 10.29 | 596.05 | TOTAL NOVEMBER | | | | | | |
| (1) JUNE 2 | 355.00 | 22.01 | 16.00 | 6.00 | 5.15 | 305.84 | DEC | | | | | | |
| (1/2) 9 | 177.50 | 11.01 | 0.00 | 0.00 | 2.57 | 163.92 | | | | | | | |
| (0) 16 | — | — | — | — | — | — | | | | | | | |
| (1/2) 23 | 177.50 | 11.01 | 0.00 | 0.00 | 2.57 | 163.92 | | | | | | | |
| (0) 30 | — | — | — | — | — | — | | | | | | | |
| TOTAL JUNE | 710.00 | 44.03 | 16.00 | 6.00 | 10.29 | 633.68 | TOTAL DECEMBER | | | | | | |
| TOTAL 2ND QTR | 2307.50 | 143.10 | 100.00 | 41.26 | 33.44 | 1989.70 | TOTAL 4TH QTR | | | | | | |

TOTALS FOR THE YEAR 2014