IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

In Re:  APRIL L. KING,            )     Case No. 14-13758
                                  )     Chapter 7
                   Debtor.        )

## APPLICATION TO REDACT TO PROTECT PERSONAL INFORMATION

COMES NOW, James E. Palinkas, counsel to the Debtor, April King, who alleges and states as follows:

1. That on September 8, 2014, I filed a Voluntary Petition as document no. 1, which included a part-time job pay summary that had personal information that should have been redacted. Said summary was filed as page 55 of 70 in the voluntary petition, document no. 1.

2. In addition, counsel also filed the same part-time payroll summary as an exhibit to the Employee Income Pay Advices, document no. 8, Part 3, labeled as: Exhibit 60-days part-time pay history.

3. That I inadvertently failed to redact some personal information regarding the debtor this document filed in both places.

3. That a properly redacted part-time income summary is attached to this Application for substitution.

4. That counsel respectfully requests an Order be entered allowing the court clerk's office to substitute the attached, redacted document in place of those that were originally filed.

**For the Debtor,**

s/ James E. Palinkas
James E. Palinkas OBA#15037
J.E. Palinkas, P.C.
228 North Broadway
Shawnee, Oklahoma. 74801
Office 405-275-0216
Fax 405-275-0286
jim@jepalinkas.com